IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>   *Appellant*,<br><br> v.<br><br>NORMAN L. WALKER,<br><br>   *Appellee*. | CIVIL ACTION<br>NO. 15-01685 |

## ORDER

**AND NOW**, this 23rd day of November, 2015, upon consideration of Appellant City of Philadelphia's ("City") Brief (ECF No. 13), Appellee Norman L. Walker's ("Walker") Response (ECF No. 15), the City's Reply (ECF No. 16), and oral argument on November 6, 2015 (ECF No. 21), it is hereby **ORDERED** that the Bankruptcy Decision of the United States Bankruptcy Court for the Eastern District of Pennsylvania in *Walker v. City of Philadelphia*, No. CIV. A. 12-13341 (Bankr. E.D. Pa. Mar. 13, 2015) is **REVERSED**.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.